ADELAIDE M. CANTIN, Respondent, *v.* CHESTER D. GARDNER et al., Appellants.

*Negligence — motor vehicles — passenger in automobile injured as result of collision with another.*

*Cantin v. Gardner*, 221 App. Div. 816, affirmed.

(Argued January 12, 1928; decided February 14, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 5, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff was a passenger in an automobile owned by defendant Bills and was injured as the result of a

collision with another automobile owned by defendant Gardner.

*P. C. Dugan* for Chester D. Gardner, appellant.
*John J. Scully* for Clarence Bills, appellant.
*William H. Murray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ.; CARDOZO, Ch. J., and ANDREWS, J., dissent as to defendant Gardner.